IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-02026-EWN

ERIC GREGORY,

SHERI KANFIELD,

and

JACK KINKLE

    Plaintiffs,

v.

SARA LEE CORPORATION
_____

ORDER GRANTING MOTION TO DISMISS
PLAINTIFF JACK R. KINKLE
_____

    THIS COURT, having considered Plaintiffs' Motion to Dismiss Plaintiff Jack R. Kinkle, and good cause for the granting of such motion being shown,

    HEREBY GRANTS Plaintiffs' Motion, and orders that Plaintiff Jack R. Kinkle be dismissed from the captioned action without prejudice.

    Dated this 19th day of February, 2008.

                                     BY THE COURT:

                                     s/ Edward W. Nottingham
                                     EDWARD W. NOTTINGHAM
                                     Chief United States District Judge