IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–02026–EWN–CBS

ERIC L. GREGORY,

    Plaintiff,

v.

SARA LEE CORPORATION,

    Defendant.

## ORDER

This matter came to the attention of the court on Plaintiff's Motion to Modify Dates in Scheduling Order (#31). Upon review of the file and the finding that Plaintiff has shown "good cause" for extension of the dispositive motion deadline, it is

**ORDERED** as follows:

1. The motion is GRANTED, in part, and DENIED, in part.

2. The deadline for filing all dispositive motions in this case is August 27, 2008.

3. Modification of all other deadlines is a matter committed to the assigned magistrate judge. Extension of the other deadlines shall be sought in a separate motion addressing those deadlines.

Dated this 1st day of May, 2008.

> BY THE COURT:
>
> s/ Edward W. Nottingham
> EDWARD W. NOTTINGHAM
> Chief United States District Judge